# EXHIBIT C





CULTURE

# Mirror, Mirror On the Wall

By Guest Post · On March 13, 2014

*This is a guest post by: Sofia Sanchez*

We rely on mirrors to tell us what we look like, and we operate under the assumption that the world sees what we see. In other words, we look to our reflection in the pursuit of truth and self-awareness. We seek objectivity.

But what does a reflection truly reveal? More importantly, what evades us when we peer

